```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 26094
   VINCENT PATTERSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5963

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/14/2004 and was confirmed 09/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/14/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
OVERLAND BOND & INVESTME  SECURED          4660.00         496.46        4660.00
OVERLAND BOND & INVESTME  NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED         220.00            .00         220.00
JUDY MARTIN               UNSECURED        NOT FILED          .00             .00
OVERLAND BOND & INVESTME  UNSECURED        3694.44            .00        3694.44
STEFANS STEFANS & STEFAN  REIMBURSEMENT     154.00            .00         154.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN                TRUSTEE                                         659.48
DEBTOR REFUND             REFUND                                          519.12

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             12,603.50

PRIORITY                                       154.00
SECURED                                      4,660.00
    INTEREST                                   496.46
UNSECURED                                    3,914.44
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           659.48
DEBTOR REFUND                                  519.12
                    --------------          --------------
TOTALS              12,603.50                12,603.50




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 26094 VINCENT PATTERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |